UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVIS SENTELL DAVIS                                             CIVIL ACTION

VERSUS                                                                    NO. 13-6402

ROBERT TANNER ET AL.                                          SECTION "H" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that plaintiff's motions for injunctive relief and to appoint counsel, Record Doc. Nos. 4, 21 and 30, are DENIED.

New Orleans, Louisiana, this 9th day of July, 2014.

JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**